# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

J & J SPORTS PRODUCTION, INC.,

        Plaintiff,

vs.

JOSE A. ORTIZ, *et al.*,

        Defendants.

2:15-cv-01071-JAD-VCF

**ORDER**

Before the court is Plaintiff's Motion for Entry of Clerks Default.  (#9).   This motion does not provide facts relevant to the relief requested.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Clerks Default (#9) is DENIED without prejudice.

DATED this 17th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE