# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | 2:15-cv-01071-APG-VCF |
| vs. | **ORDER** |
| JOSE A. ORTIZ, *et al.*, | |
| Defendants. | |

Before the court is the Ex Parte Motion for Leave to Serve Defendant Jose A. Ortiz by Alternate Means (#11).

IT IS HEREBY ORDERED that a telephonic hearing on the Ex Parte Motion for Leave to Serve Defendant Jose A. Ortiz by Alternate Means (#11) is scheduled for 2:00 p.m., September 8, 2015. Counsel is instructed to call telephone number: (702) 868-4911, access code: 123456, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 20th day of August, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE