# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

J & J SPORTS PRODUCTION, INC.,

        Plaintiff,

vs.

JOSE A. ORTIZ, et al.,

        Defendants.

2:15-cv-01071-APG-VCF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the show cause hearing scheduled for 2:00 p.m., October 20, 2015 is VACATED and RESCHEDULED to 3:00 p.m., October 23, 2015, in courtroom 3D. All else as stated on the Order to Show Cause (#19) remains the same.

DATED this 5th day of October, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE